# Exhibit 10

https://search.sunbiz.org/Inquiry/CorporationSearch/SearchResultDetail?inquirytype=EntityName&directionType=Initial&searchNameOrder=BILLOSCARACASBOYS%20L190002494380&aggregateId=flal-l190002 49438-45e6a90e-632b-4b98-aef5-c52581cbd08b&searchTerm=billos%20caracas&listNameOrder=BILLOSCARACASBOYS%20L190002494380     October 15, 2025

FLORIDA DEPARTMENT of STATE                                                                                                                                                           DIVISION of CORPORATIONS



Department of State  /  Division of Corporations  /  Search Records  /  Search by Entity Name  /

Previous On List     Next On List     Return to List                                              billos caracas
                                                                                                  Search
Events     **No Name History**

### Detail by Entity Name
Florida Limited Liability Company
BILLO'S CARACAS BOYS LLC

#### Filing Information
| | |
|---|---|
| **Document Number** | L19000249438 |
| **FEI/EIN Number** | 84-3377526 |
| **Date Filed** | 10/03/2019 |
| **State** | FL |
| **Status** | ACTIVE |
| **Last Event** | REINSTATEMENT |
| **Event Date Filed** | 10/17/2020 |

#### Principal Address
6530 Garfield St
Hollywood, FL 33024

Changed: 04/04/2024

#### Mailing Address
6530 Garfield St
Hollywood, FL 33024

Changed: 04/04/2024

#### Registered Agent Name & Address
FROMETA, ADRIAN
6530 Garfield St
Hollywood, FL 33024

Name Changed: 10/17/2020

Address Changed: 04/04/2024

#### Authorized Person(s) Detail
**Name & Address**

Title CEO

FROMETA, ADRIAN
6530 Garfield St
Hollywood, FL 33024

#### Annual Reports
| Report Year | Filed Date |
|---|---|
| 2023 | 02/17/2023 |
| 2024 | 04/04/2024 |
| 2025 | 04/08/2025 |

#### Document Images
| | |
|---|---|
| 04/08/2025 -- ANNUAL REPORT | View image in PDF format |
| 04/04/2024 -- ANNUAL REPORT | View image in PDF format |
| 02/17/2023 -- ANNUAL REPORT | View image in PDF format |
| 01/05/2022 -- ANNUAL REPORT | View image in PDF format |
| 04/12/2021 -- ANNUAL REPORT | View image in PDF format |
| 10/17/2020 -- REINSTATEMENT | View image in PDF format |
| 10/03/2019 -- Florida Limited Liability | View image in PDF format |

Previous On List     Next On List     Return to List                                              billos caracas
                                                                                                  Search
Events     **No Name History**

Florida Department of State, Division of Corporations