# Exhibit 11

# 2025 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L19000249438

**Entity Name:** BILLO'S CARACAS BOYS LLC

**FILED**
Apr 08, 2025
Secretary of State
4916999388CC

**Current Principal Place of Business:**

6530 GARFIELD ST
HOLLYWOOD , FL 33024

**Current Mailing Address:**

6530 GARFIELD ST
HOLLYWOOD , FL 33024 US

**FEI Number:** 84-3377526

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

FROMETA, ADRIAN
6530 GARFIELD ST
HOLLYWOOD , FL 33024 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:   ADRIAN FROMETA                                                                    04/08/2025
                    Electronic Signature of Registered Agent                                              Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | CEO |
| Name | FROMETA, ADRIAN |
| Address | 6530 GARFIELD ST |
| City-State-Zip: | HOLLYWOOD  FL  33024 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: ADRIAN  FROMETA                           CEO                                  04/08/2025
          Electronic Signature of Signing Authorized Person(s) Detail                                    Date