UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:25-cv-22324-WPD

HARVEY JAMES GOMEZ FROMETA, an individual; FREDDY AMADO GOMEZ FROMETA, an individual; BELKIS PIERINA GOMEZ FROMETA, an individual; PIERINA ZULETA FROMETA, an individual; CAROLINA ZULETA FROMETA, an individual; LUIS ALEJANDRO ZULETA FROMETA, an individual; DINORAH MERCEDES FROMETA SENIOR, an individual; HAYDEE FROMETA BELLO, an individual; LUIS VICENTE FROMETA BELLO, an individual; LUIS MANUEL FROMETA PAREJA, an individual; BARBARA REGINA FROMETA GRILLO a.k.a. BARBARA REGINA FROMETA DE SIGISMONDI, an individual; TRINA MARGARITA FROMETA GRILLO, an individual; JOSE ANTONIO FROMETA GRILLO, an individual; ILEANA ALEJANDRINA FROMETA GRILLO, an individual; MAGDALENA FROMETA GRILLO, an individual,

Plaintiffs,

v.

ADRIAN FROMETA SUBERO, an individual; BILLO'S CARACAS BOYS LLC, a Florida limited liability company; TELMO PEREZ QUIROZ, an individual,

Defendants.

_____/

**ORDER GRANTING BILLO'S CARACAS BOYS LLC'S MOTION TO DISMISS AMENDED COMPLAINT WITH PREJUDICE FOR LACK OF SUBJECT MATTER JURISDICTION AND FOR FAILURE TO STATE A CLAIM**

THIS CAUSE came before this Court on Defendant, Billo's Caracas Boys LLC's

("Billo's") Motion to Dismiss Amended Complaint with Prejudice for Lack of Subject Matter

Jurisdiction and for Failure to State a Claim ("Motion"), and the Court having considered the Motion, and being otherwise fully advised in the premises, it is hereby,

**ORDERED AND ADJUDGED** as follows:

1. Billo's Motion is GRANTED;

2. The Court dismisses the Amended Complaint, including Counts 1, 2, 3, and 4, in its entirety, with prejudice.

**DONE AND ORDERED** in Chambers at Miami, Florida on this __day of November, 2025.

_____
HONORABLE WILLIAM P. DIMITROULEAS
United States District Judge

cc.  All counsel of record via CM/ECF