## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

### CASE NO.: 1:25-cv-22324-WPD

HARVEY JAMES GOMEZ FROMETA, an individual; FREDDY AMADO GOMEZ FROMETA, an individual; BELKIS PIERINA GOMEZ FROMETA, an individual; PIERINA ZULETA FROMETA, an individual; CAROLINA ZULETA FROMETA, an individual; LUIS ALEJANDRO ZULETA FROMETA, an individual; DINORAH MERCEDES FROMETA SENIOR, an individual; HAYDEE FROMETA BELLO, an individual; LUIS VICENTE FROMETA BELLO, an individual; LUIS MANUEL FROMETA PAREJA, an individual; BARBARA REGINA FROMETA GRILLO a.k.a. BARBARA REGINA FROMETA DE SIGISMONDI, an individual; TRINA MARGARITA FROMETA GRILLO, an individual; JOSE ANTONIO FROMETA GRILLO, an individual; ILEANA ALEJANDRINA FROMETA GRILLO, an individual; MAGDALENA FROMETA GRILLO, an individual,

      Plaintiffs,

v.

ADRIAN FROMETA SUBERO, an individual; BILLO'S CARACAS BOYS LLC, a Florida limited liability company; TELMO PEREZ QUIROZ, an individual,

      Defendants.

_____/

1

## JOINT SELECTION OF MEDIATOR

Pursuant to Section 6(b) of this Court's Order docketed at No. 28, Plaintiffs CAROLINA ZULETA FROMETA, BELKIS PIERINA GOMEZ FROMETA, LUIS ALEJANDRO ZULETA FROMETA, HARVEY FROMETA, FREDDY AMADOGOMEZ FROMETA, DINORAH MERCEDES FROMETA, PIERINA ZULETA FROMETA, BARBARA REGINA FROMETA GRILLO, ILEANA ALEJANDRA FROMETA GRILLO, JOSE ANTONIO FROMETA GRILLO, MAGDALENA FROMETA GRILLO, TRINA MARGARITA FROMETA GRILLO, LUIS MANUEL FROMETA PAREJA, BARBARA REGINA FROMETA DI SIGISMONDI, HAYDEE FROMETA BELLO AND LUIS VICENTE FROMETA BELLO and Defendant BILLO'S CARACAS BOYS LLC, hereby submit the following notice of their joint mediator selection:

The parties have selected Mediator Mark Stein to conduct mediation in this case.

| | |
|---|---|
| Dated: November 12, 2025 | Respectfully submitted, |
| */s/ Angela M. Nieves* <br> ANGELA M. NIEVES <br> Florida Bar No.: 1032760 <br> angela.nieves@sriplaw.com <br> JOEL B. ROTHMAN <br> Florida Bar No.: 98220 <br> joel.rothman@sriplaw.com <br><br> **SRIPLAW, PA** <br> 21301 Powerline Road, <br> Suite 100 <br> Boca Raton, FL 33433 <br> 561.404.4350 – Telephone <br> 561.404.4353 – Facsimile <br><br> and <br><br> Scott Alan Burroughs, Esq. <br> *Pro Hac Vice* <br> **DONIGER / BURROUGHS** <br> 247 Water Street, First Floor | */s/ Jorge Espinosa* <br> Jorge Espinosa <br> Florida Bar No. 779032 <br> Jorge.espinosa@gray-robinson.com <br> Francesca Russo <br> Florida Bar No. 174912 <br> Francesca.russo@gray-robinson.com <br><br> **GRAY\|ROBINSON, P.A.** <br> 333 S.E. 2nd Ave., Suite 3200 <br> Miami, FL 33131 <br> Tel: 305.416.6880 <br> Fax: 305-416-6887 <br><br> *Attorneys for Defendant Billo's Caracas Boys, LLC.* |

New York, NY 10038
310.590.1820 – Telephone
scott@donigerlawfirm.com

*Attorneys for Plaintiffs*