# EXHIBIT B

BOLIVARIAN REPUBLIC OF VENEZUELA
*Carlos Castro, B.A.*
SWORN TRANSLATOR
O.G. 41128

**I, Carlos César Castro Cecín,** B.A**.,** the undersigned, a Sworn English Translator in and for the Bolivarian Republic of Venezuela, according to License published in Official Gazette No. 41128, dated April 04, 2017,which was recorded and registered in the Main Public Registry of the Capital District on April 20, 2016; under No. 56, folio 56, Volume 7, and registered in the Second Court of First Instance in Civil, Commercial and Transit Matters of the Judicial Circumscription of Monagas State, **DO HEREBY CERTIFY;**

That the attached document which was presented to me for translation into the English language, reads as follows:

(See next page)

Firmado por CASTRO CECIN CARLOS CESAR - ***7560** el día 22/01/2025 con un certificado emitido por AC FNMT Usuarios

**1** of 7

BOLIVARIAN REPUBLIC OF VENEZUELA
Carlos Castro, B.A.
SWORN TRANSLATOR
O.G. 41128

Firmado por CASTRO CECIN CARLOS CESAR - ***7560** el día 22/01/2025 con un certificado emitido por AC FNMT Usuarios

BOLIVARIAN REPUBLIC OF VENEZUELA



JUDICIAL POWER

TWENTY-THIRD ORDINARY MUNICIPALITY AND MEASURE ENFORCEMENT COURT
OF THE JUDICIAL DISTRICT OF THE METROPOLITAN AREA OF CARACAS

Caracas, October 09, 2023

Years 213º and 214º

**EDICT**

**It is hereby made known that:**

It is hereby made known to the general public that this **Twenty-Third Ordinary Municipality and Measure Enforcement Court of the Judicial District of the Metropolitan Area of Caracas**, by a sentence dated September 27, 2023, by the request for **ADVANCE PROVISION OF INTELLECTUAL AND INDUSTRIAL PROPERTY RIGHTS**, filed by **MAGDALENA LEONOR FROMETA GRILLO**, which is substantiated in file number **AP31-F-S-2023-004592**, decreed:

**FIRST**: **INJUNCTIVE ORDER** consisting in the prohibition of the particular use of trademarks, denominations, slogans and images property of the **Luis María Frometa Pereira Succession**, hence, the use of the hereinafter indicated trademarks registered in favor of said succession before the **Autonomous Service of Intellectual Property** (**SAPI**, by its Spanish acronym) is herewith prohibited:

1. **"REPRESENTACIONES BILLO'S FROMETA"** Trade name engaged in entertaining social, cultural and recreational events, hiring artists, musical recordings, musical group (band). Class NC record number N049694.

2. **"BILLO'S"** Ensemble and/or musical band, production and assembly, musical equipment renting. Class 41 record number S040022.

BOLIVARIAN REPUBLIC OF VENEZUELA
*Carlos Castro, B.A.*
SWORN TRANSLATOR
O.G. 41128

3. **"LA ORQUESTA MÁS POPULAR DE VENEZUELA"** Trade slogan to distinguish brand 2007-2621. Class NC record number L009458.

4. "**GRAPHIC REPRESENTATIONS OF THE IMAGE OF LUIS MARÍA FROMETA PEREIRA**" Advertising service, billboards, management of commercial business by representation, commercial website, electronic trade name. Class 35 record number S043578.

5. "**GRAPHIC REPRESENTATIONS OF THE IMAGE OF LUIS MARÍA FROMETA PEREIRA**" Ensemble and/or musical band, production and assembly, musical equipment renting. Class 41 record number S043579.

**SECOND:** It is hereby prohibited to **TELMO JOSÉ PÉREZ QUIROZ,** and **ADRIAN FROMETA SUBERO**, personally and to the firms **TPQ RECORD Y EVENTOS, C.A.**; **BILLO'S CARACAS BOYS, C.A.** and; **BILLO'S REPRESENTEACIONES, C.A., DIPLOELCA, C.A**. and; **B&A EVENTOS Y PRODUCCIÓN / BA EVENTOS Y PRODUCCIONES**, to make particular use of the aforementioned trademarks, denominations, slogans, images property of the Luis María Frometa Pereira Succession.

**THIRD:** The execution of any spectacle, event, show, musical performance, promotions and broadcasting on radio, television and social networks, involving the use of the aforementioned trademarks, signs, distinctive signs and images belonging to the **Luis María Frometa Pereira Succession**, without the consent of said succession, **is hereby prohibited.**

**FOURTH: IT IS ORDERED**. The order of publication of this writ is given to the newspaper "Últimas Noticias". Likewise, it is ordained its broadcasting in the social networks Instagram®, X®, TIK TOK®, Facebook®, in order to make this precautionary provision known to the general public.

**FIFTH:** It is hereby ordered that this precautionary provision be made of the knowledge of the **AUTONOMOUS INTELLECTUAL PROPERTY SERVICE (SAPI)**, and through notification letters addressed to **TELMO JOSÉ PÉREZ QUIROZ**, and

Firmado por CASTRO CECIN CARLOS CESAR - ***7560** el día 22/01/2025 con un certificado emitido por AC FNMT Usuarios

**3** of **7**

BOLIVARIAN REPUBLIC OF VENEZUELA
*Carlos Castro, B.A.*
SWORN TRANSLATOR
O.G. 41128

**ADRIÁN FROMETA SUBERO**, personally and to the firms **TPQ RECORD Y EVENTOS, C.A.**; **BILLO'S CARACAS BOYS, C.A.** and; **BILLO'S REPRESENTEACIONES, C.A., DIPLOELCA, C.A.** and; **B&A EVENTOS Y PRODUCCIÓN / BA EVENTOS Y PRODUCCIONES.**

**SIXTH:** Upon publication of this ruling, a thirty (30) days period shall commence for the parties to file the corresponding main claim, under penalty of revoking the provisions decreed herein, pursuant to Article 112 of the Copyright Law.

Let this Edict be published in the newspaper "**Últimas Noticias**".

**God and Federation**

*(Signed illegibly)*

**JESUS VILLANUEVA FIGUEROA**

Judge of the Twenty-Third Ordinary Municipality and Measure Enforcement Court of the Judicial District of the Metropolitan Area of Caracas

AP31-F-V-2023-004592

JVC/EH/LAC*

---

<u>*Translator's note:*</u> *There is one illegible rubber stamp.*

Firmado por CASTRO CECIN CARLOS CESAR - ***7560** el día 22/01/2025 con un certificado emitido por AC FNMT Usuarios

BOLIVARIAN REPUBLIC OF VENEZUELA
*Carlos Castro, B.A.*
SWORN TRANSLATOR
O.G. 71128

This is a faithful translation of the attached original which I have made at the request of the interested party, IN WITNESS WHEREOF I have signed this document in Alicante, this 22nd day of January, 2025.

Carlos César Castro Cecín, B.A.

Sworn English Translator

Translator's contact information;

Name in full; Carlos César Castro Cecín

Address; Calle Huesca 2, 9B. 03013 Alicante, Alicante Spain

E-mail: Carlos.castro.cecin@gmail.com

Cell phone: (34) 625948994

Firmado por CASTRO CECIN CARLOS CESAR - ***7560** el día 22/01/2025 con un certificado emitido por AC FNMT Usuarios

BOLIVARIAN REPUBLIC OF VENEZUELA
*Carlos Castro, B.A.*
SWORN TRANSLATOR
O.G. 41128

Firmado por CASTRO CECIN CARLOS CESAR - ***7560** el día
22/01/2025 con un certificado emitido por AC FNMT Usuarios

REPUBLICA BOLIVARIANA DE VENEZUELA



PODER JUDICIAL
TRIBUNAL VIGÉSIMO TERCERO DE MUNICIPIO ORDINARIO Y EJECUTOR
DE MEDIDAS DE LA CIRCUNSCRIPCIÓN JUDICIAL DEL ÁREA
METROPOLITANA DE CARACAS
Caracas, nueve (09) de octubre de dos mil veintitrés (2023)
Años 213° y 164°

### EDICTO
### se hace saber:

Se hace de conocimiento de la ciudadanía en general que este Juzgado Vigésimo Tercero de Municipio Ordinario y Ejecutor de Medidas de la Circunscripción Judicial del Área Metropolitana de Caracas, mediante sentencia de fecha 27 de septiembre de 2023, recaída en la solicitud de **MEDIDA ANTICIPADA DE LOS DERECHOS DE PROPIEDAD INTELECTUAL E INDUSTRIAL**, presentada por la ciudadana **MAGDALENA LEONOR FROMETA GRILLO**, la cual se sustancia en el expediente signado con el N° AP31-F-S-2023-004592, decretó:

**PRIMERO:** **MEDIDA CAUTELAR INNOMINADA** consistente en la prohibición de uso particular de las marcas, denominaciones, lemas e imágenes propiedad de la **Sucesión Luis María Frometa Pereira**, por lo tanto, se prohíbe el uso de las marcas registradas a favor de dicha sucesión por ante el Servicio Autónomo de Propiedad Intelectual (SAPI) que se señalan a continuación:

1. *"REPRESENTACIONES BILLO'S FROMETA"* Nombre comercial dedicada a la actividad de amenizar actos sociales, culturales y recreativos, contratación de artistas, grabaciones musicales, agrupación musical, (orquesta). Clase NC con número de registro N049694.
2. *"BILLO'S"* Conjunto y/o agrupación musical, producción y montaje, alquiler de equipos musicales. Clase 41 con número de registro S040022.
3. *"LA ORQUESTA MAS POPULAR DE VENEZUELA"* Lema comercial para distinguir a marca 2007-2621. Clase LC con número de registro L009458.
4. *"REPRESENTACIÓN GRÁFICA DE LA IMAGEN DEL MAESTRO LUIS MARÍA FROMETA PEREIRA"* Servicio de publicidad, vallas publicitarias, gestión de negocios comerciales por representación, página web comercial, nombre comercial electrónico. Clase 35 con número de registro S043578.
5. *"REPRESENTACIÓN GRÁFICA DE LA IMAGEN DEL MAESTRO LUIS MARÍA FROMETA PEREIRA"* Conjunto y/o agrupación musical, producción y montaje, alquiler de equipos musicales. Clase 41 con número de registro S043579.

**SEGUNDO:** SE PROHÍBE a los ciudadanos **TELMO JOSÉ PÉREZ QUIROZ**, y **ADRIÁN FROMETA SUBERO**, en forma personal y a las empresas **TPQ RECORD Y EVENTOS, C.A.; BILLOS CARACAS BOYS, C.A.** y; **BILLO'S REPRESENTACIONES, C.A., DIPLOELCA, C.A.** y, **B&A EVENTOS Y PRODUCCIÓN / BA EVENTOS Y PRODUCCIONES**, hacer uso particular de las marcas, denominaciones, lemas, imágenes propiedad de la **Sucesión Luis María Frometa Pereira**, antes mencionadas.

BOLIVARIAN REPUBLIC OF VENEZUELA
*Carlos Castro, B.A.*
SWORN TRANSLATOR
O.G. 41128

**TERCERO: SE PROHÍBE** la celebración de todo espectáculo, evento, show, presentación musical, promoción y difusión radiofónica, televisiva o por redes sociales, que conlleven el uso de las marcas, signos, distintivos e imágenes pertenecientes a la **Sucesión Luis María Frometa Pereira**, antes mencionadas, que no cuenten con la autorización expresa de dicha sucesión.

**CUARTO: SE ORDENA** la publicación del presente dispositivo en el diario "*Últimas Noticias*", así como la difusión de la misma a través de las redes sociales Instagram®, X®, Tik Tok® y Facebook®, de manera de hacer del conocimiento público en general esta protección cautelar.

**QUINTO:** Se ordena participar esta medida cautelar mediante oficio al **SERVICIO AUTÓNOMO DE PROPIEDAD INTELECTUAL (SAPI)**, y mediante boletas de notificación dirigidas a los ciudadanos **TELMO JOSÉ PÉREZ QUIROZ**, y **ADRIÁN FROMETA SUBERO**, en forma personal y a las empresas **TPQ RECORD Y EVENTOS, C.A.; BILLOS CARACAS BOYS, C.A.** y; **BILLO'S REPRESENTACIONES, C.A., DIPLOELCA, C.A.,** y; **B&A EVENTOS Y PRODUCCIÓN / BA EVENTOS Y PRODUCCIONES**

**SEXTO:** Una vez se publique la presente decisión, comenzará a correr el lapso de treinta (30) días para que las partes interpongan la pretensión principal que corresponda, *so pena* de revocar las medidas aquí decretadas, conforme al artículo 112 de la Ley Sobre Derecho de Autor.

Publíquese el presente Edicto en el diario "*Últimas Noticias*".

Dios y Federación
El Juez Titular,

**JESUS VILLANUEVA FIGUEROA**
Juez Vigésimo Tercero de Municipio Ordinario y Ejecutor de Medidas
de la Circunscripción Judicial del Área Metropolitana de Caracas

AP31-F-V-2023-004592
JVF/EH/LAC*

Firmado por CASTRO CECIN CARLOS CESAR - ***7560** el día 22/01/2025 con un certificado emitido por AC FNMT Usuarios