# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

### CASE NO.: 1:25-CV-22324-WPD

HARVEY JAMES GOMEZ FROMETA, an
individual; FREDDY AMADO GOMEZ
FROMETA, an individual; BELKIS PIERINA
GOMEZ FROMETA, an individual;
PIERINA
ZULETA FROMETA, an individual;
CAROLINA ZULETA FROMETA, an
individual; LUIS ALEJANDRO ZULETA
FROMETA, an individual; DINORAH
MERCEDES FROMETA SENIOR, an
individual; HAYDEE FROMETA BELLO, an
individual; LUIS VICENTE FROMETA
BELLO, an individual; LUIS MANUEL
FROMETA PAREJA, an individual;
BARBARA REGINA FROMETA GRILLO
a.k.a. BARBARA REGINA FROMETA DE
SIGISMONDI, an individual; TRINA
MARGARITA FROMETA GRILLO, an
individual; JOSE ANTONIO FROMETA
GRILLO, an individual; ILEANA
ALEJANDRINA FROMETA GRILLO, an
individual; MAGDALENA FROMETA
GRILLO, an individual,

        Plaintiffs,

v.

ADRIAN FROMETA SUBERO, an
individual; BILLO'S CARACAS BOYS LLC,
a Florida limited liability company; TELMO
PEREZ QUIROZ, an individual,

        Defendants.

### [proposed] ORDER GRANTING PLAINTIFFS' REQUEST THE COURT TAKE JUDICIAL NOTICE

Before the Court is Plaintiffs' request that the Court, pursuant to Federal Rule of Evidence 201, take judicial notice of the contents of Exhibits A, B, and C to the Declaration of Scott Burroughs filed at ECF No. 34-2, 34-3, and 34-4. The aforementioned documents are capable of accurate and ready determination by resort to sources whose accuracy cannot be reasonably questioned. Fed. R Evid. 201(b). The Court may take judicial notice of its own records and records of other court cases.

The Court, having considered the request and finding good cause hereby grants Plaintiffs' Request.

**DONE AND ORDERED** in _____, Florida, this __ day of _____, 2025.

_____

HONORABLE WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE