**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

**CASE NO.: 1:25-CV-22324-WPD**

HARVEY JAMES GOMEZ FROMETA, an individual; FREDDY AMADO GOMEZ FROMETA, an individual; BELKIS PIERINA GOMEZ FROMETA, an individual; PIERINA ZULETA FROMETA, an individual; CAROLINA ZULETA FROMETA, an individual; LUIS ALEJANDRO ZULETA FROMETA, an individual; DINORAH MERCEDES FROMETA SENIOR, an individual; HAYDEE FROMETA BELLO, an individual; LUIS VICENTE FROMETA BELLO, an individual; LUIS MANUEL FROMETA PAREJA, an individual; BARBARA REGINA FROMETA GRILLO a.k.a. BARBARA REGINA FROMETA DE SIGISMONDI, an individual; TRINA MARGARITA FROMETA GRILLO, an individual; JOSE ANTONIO FROMETA GRILLO, an individual; ILEANA ALEJANDRINA FROMETA GRILLO, an individual; MAGDALENA FROMETA GRILLO, an individual,

      Plaintiffs,

v.

ADRIAN FROMETA SUBERO, an individual; BILLO'S CARACAS BOYS LLC, a Florida limited liability company; TELMO PEREZ QUIROZ, an individual,

      Defendants.

**[proposed] ORDER GRANTING PLAINTIFFS' REQUEST THE COURT TAKE JUDICIAL NOTICE**

2

Before the Court is Plaintiffs' request that the Court, pursuant to Federal Rule of Evidence 201, take judicial notice of the contents of Exhibits A, B, and C to the Declaration of Scott Burroughs filed at ECF No. 34-2, 34-3, and 34-4. The aforementioned documents are capable of accurate and ready determination by resort to sources whose accuracy cannot be reasonably questioned. Fed. R Evid. 201(b). The Court may take judicial notice of its own records and records of other court cases.

The Court, having considered the request and finding good cause hereby grants Plaintiffs' Request.

**DONE AND ORDERED** in _____, Florida, this __ day of _____, 2025.

                                                  HONORABLE WILLIAM P. DIMITROULEAS
                                                  UNITED STATES DISTRICT JUDGE