# EXHIBIT C

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2014)

# Trademark/Service Mark Application, Principal Register

Serial Number: 86352114
Filing Date: 07/30/2014

The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| SERIAL NUMBER | 86352114 |
| MARK INFORMATION | |
| *MARK | BILLO'S CARACAS BOYS |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | BILLO'S CARACAS BOYS |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| REGISTER | Principal |
| APPLICANT INFORMATION | |
| *OWNER OF MARK | Adrián Frómeta Subero |
| INTERNAL ADDRESS | 21849 SE 266TH PL |
| *STREET | 21849 SE 266TH PL |
| *CITY | MAPLE VALLEY |
| *STATE (Required for U.S. applicants) | Washington |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants only) | 98038 |
| PHONE | 4252693528 |
| EMAIL ADDRESS | XXXX |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| WEBSITE ADDRESS | www.billoscaracasboys.com |
| LEGAL ENTITY INFORMATION | |
| TYPE | corporation |
| STATE/COUNTRY OF INCORPORATION | Venezuela |
| APPLICANT INFORMATION | |
| *OWNER OF MARK | FROMETA, ADRIAN |
| INTERNAL ADDRESS | 21849 SE 266TH PL |
| *STREET | 21849 SE 266TH PL |
| *CITY | MAPLE VALLEY |

| | |
|---|---|
| **\*STATE** (Required for U.S. applicants) | Washington |
| **\*COUNTRY** | United States |
| **\*ZIP/POSTAL CODE** (Required for U.S. applicants only) | 98038 |
| **PHONE** | 4252693528 |
| **EMAIL ADDRESS** | XXXX |
| **AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |
| **WEBSITE ADDRESS** | www.billoscaracasboys.com |
| **LEGAL ENTITY INFORMATION** | |
| **TYPE** | individual |
| **COUNTRY OF CITIZENSHIP** | Venezuela |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| **INTERNATIONAL CLASS** | 041 |
| **\*IDENTIFICATION** | Arranging, organizing, conducting, and hosting social entertainment events; Entertainment in the nature of orchestra performances; Entertainment in the nature of **CONCERTS**; Entertainment services by a musical artist and producer, namely, musical composition for others and production of musical sound recordings; Entertainment services in the nature of live musical performances; Entertainment services in the nature of live visual and audio performances by **MUSICAL BANDS**; Entertainment services in the nature of live vocal performances by **MUSICAL BANDS**; Entertainment services in the nature of presenting live musical performances; Entertainment services, namely, multimedia production services |
| **FILING BASIS** | SECTION 1(a) |
|    **FIRST USE ANYWHERE DATE** | At least as early as 08/31/1940 |
|    **FIRST USE IN COMMERCE DATE** | At least as early as 08/31/1940 |
|    **SPECIMEN FILE NAME(S)** | |
|       **JPG FILE(S)** | \\TICRS\EXPORT16\IMAGEOUT 16\863\521\86352114\xml1\ APP0003.JPG |
|    **ORIGINAL SPECIMEN** | APPLICANT-SUPPLIED FILE (SOUND/MOTION) |
|    **ORIGINAL SPECIMEN** | APPLICANT-SUPPLIED FILE (SOUND/MOTION) |
|    **SPECIMEN DESCRIPTION** | LOGOTYPE OF THE BAND AND TWO MP3 FILES WITH A POPULAR SONGS THE BAND USE TO PLAY |
| **ADDITIONAL STATEMENTS SECTION** | |
| **CONCURRENT USE CLAIM** | Concurrent use information. The mark is registered in the Florida Deparment of State under number T02000001031 |
| **MISCELLANEOUS STATEMENT** | This is the Florida Deparment of State link to see the previous registration http://search.sunbiz.org/Inquiry/CorporationSearch/SearchResultDetail/EntityName/trade-t02000001031-e988bdee-44dd-4c10-8873-9d62464846d8/billo's%20caracas%20boys/Page1 |
| **CORRESPONDENCE INFORMATION** | |
| **NAME** | Adrián Frómeta Subero |
| **FIRM NAME** | Adrián Frómeta Subero |
| **INTERNAL ADDRESS** | 21849 SE 266TH PL |

| | |
|---|---|
| STREET | 21849 SE 266TH PL |
| CITY | MAPLE VALLEY |
| STATE | Washington |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 98038 |
| PHONE | 4252693528 |
| EMAIL ADDRESS | adrianfrometa@billos.net |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| FEE INFORMATION | |
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 325 |
| *TOTAL FEE DUE | 325 |
| *TOTAL FEE PAID | 325 |
| SIGNATURE INFORMATION | |
| SIGNATURE | /BILLO'S CARACAS BOYS/ |
| SIGNATORY'S NAME | ADRIAN FROMETA SUBERO |
| SIGNATORY'S POSITION | OWNER |
| DATE SIGNED | 07/30/2014 |
| SIGNATURE | /ADRIAN FROMETA SUBERO/ |
| SIGNATORY'S NAME | ADRIAN FROMETA SUBERO |
| SIGNATORY'S POSITION | OWNER |
| DATE SIGNED | 07/30/2014 |

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2014)

## Trademark/Service Mark Application, Principal Register

Serial Number: 86352114
Filing Date: 07/30/2014

### To the Commissioner for Trademarks:

**MARK:** BILLO'S CARACAS BOYS (Standard Characters, see mark)
The literal element of the mark consists of BILLO'S CARACAS BOYS.
The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicants, Adrián Frómeta Subero, a corporation of Venezuela, having an address of
    21849 SE 266TH PL,
    21849 SE 266TH PL
    MAPLE VALLEY, Washington 98038
    United States

ADRIAN FROMETA, a citizen of Venezuela, having an address of
    21849 SE 266TH PL,
    21849 SE 266TH PL
    MAPLE VALLEY, Washington 98038
    United States


request registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
     International Class 041:  Arranging, organizing, conducting, and hosting social entertainment events; Entertainment in the nature of orchestra performances; Entertainment in the nature of CONCERTS; Entertainment services by a musical artist and producer, namely, musical composition for others and production of musical sound recordings; Entertainment services in the nature of live musical performances; Entertainment services in the nature of live visual and audio performances by MUSICAL BANDS; Entertainment services in the nature of live vocal performances by MUSICAL BANDS; Entertainment services in the nature of presenting live musical performances; Entertainment services, namely, multimedia production services

In International Class 041, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 08/31/1940, and first used in commerce at least as early as 08/31/1940, and is now in use in such commerce. The applicants are submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services, consisting of a(n) LOGOTYPE OF THE BAND AND TWO MP3 FILES WITH A POPULAR SONGS THE BAND USE TO PLAY.
**JPG file(s):**
Specimen File1APPLICANT-SUPPLIED FILE (SOUND/MOTION)
APPLICANT-SUPPLIED FILE (SOUND/MOTION)


Concurrent use information. The mark is registered in the Florida Deparment of State under number T02000001031

This is the Florida Deparment of State link to see the previous registration
http://search.sunbiz.org/Inquiry/CorporationSearch/SearchResultDetail/EntityName/trade-t02000001031-e988bdee-44dd-4c10-8873-9d62464846d8/billo's%20caracas%20boys/Page1

For informational purposes only, applicant's website address is: www.billoscaracasboys.com

The applicant's current Correspondence Information:
    Adrián Frómeta Subero
    Adrián Frómeta Subero
    21849 SE 266TH PL

21849 SE 266TH PL
MAPLE VALLEY, Washington 98038
4252693528(phone)
adrianfrometa@billos.net (authorized)

A fee payment in the amount of $325 has been submitted with the application, representing payment for 1 class(es).

**Declaration**

The signatory believes that: if the applicant is filing the application under 15 U.S.C. Section 1051(a), the applicant is the owner of the trademark/service mark sought to be registered; the applicant or the applicant's related company or licensee is using the mark in commerce on or in connection with the goods/services in the application, and such use by the applicant's related company or licensee inures to the benefit of the applicant; the specimen(s) shows the mark as used on or in connection with the goods/services in the application; and/or if the applicant filed an application under 15 U.S.C. Section 1051(b), Section 1126(d), and/or Section 1126(e), the applicant is entitled to use the mark in commerce; the applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the goods/services in the application. The signatory believes that to the best of the signatory's knowledge and belief, no other person has the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion or mistake, or to deceive. The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of the application or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /BILLO'S CARACAS BOYS/   Date: 07/30/2014
Signatory's Name: ADRIAN FROMETA SUBERO
Signatory's Position: OWNER
Signature: /ADRIAN FROMETA SUBERO/   Date: 07/30/2014
Signatory's Name: ADRIAN FROMETA SUBERO
Signatory's Position: OWNER
RAM Sale Number: 86352114
RAM Accounting Date: 07/30/2014

Serial Number: 86352114
Internet Transmission Date: Wed Jul 30 11:38:29 EDT 2014
TEAS Stamp: USPTO/BAS-XXX.XXX.X.XXX-2014073011382965
5047-86352114-50016d930c0868f488baf45986
bd21741ec439e1a62c1afabec144a4b8cca3a-CC
-7824-20140730100400698650

# BILLO'S CARACAS BOYS

