# Exhibit 1



## FLORIDA DEPARTMENT OF STATE

### Division of Corporations

December 1, 2025

Lindsey Colyer

Pursuant to Chapter 48.161 Florida Statutes, substitute service of process was accepted for Adrian Frometa Subero in case number 1:25-cv-22324 and was filed on November 4, 2025 at 3:05 PM.

    Plaintiff(s)
    HARVEY JAMES GOMEZ FROMETA, ET AL.
    v.
    Defendant(s)
    ADRIAN FROMETA SUBERO, ET AL.

The Secretary of State does not forward documentation to the defendant. All inquiries on behalf of this defendant should be made to the attorneys involved.


Beryllium Spalding
Processor of Service

Division of Corporations
P.O. Box 6327, Tallahassee, Florida 32314

---

Letter No. 251104048SOP.01