# Exhibit 3

 Outlook

## SERVICE OF COURT DOCUMENTS: Frometa et al v. Subero et al; Case No. 1:25-cv-22324

| | |
|---|---|
| From | Lindsey Colyer <lindsey.colyer@sriplaw.com> |
| Date | Tue 12/2/2025 2:27 PM |
| To | contacto@billoscaracasboys.com <contacto@billoscaracasboys.com>; adrianfrometa@billos.net <adrianfrometa@billos.net> |
| Cc | Angela Nieves <angela.nieves@sriplaw.com>; Burroughs, Scott Alan <scott@donigerlawfirm.com> |

🔗 5 attachments (623 KB)

DE 0024 First AMENDED COMPLAINT against All Defendants_ filed by Barbara Regina Frometa Grillo_ Dinorah Merc (2025 10 22).pdf; DE 0032 Summons Issued as to Adrian Frometa Subero (2025 11 03).pdf; 30102-2025.12.02 Letter to Subero (1).pdf; 30102-SOS Acceptance Letter.pdf; image.png;


Dear Mr. Subero,
Attached, please find a copy of the acceptance letter from the Florida Secretary of State, accepting service of Summons and Complaint upon Defendant Adrian Frometa Subero on November 4, 2025. As such, your response was due November 25, 2025.
Best Regards,

**Lindsey Colyer**
Paralegal
Main: +1 (561) 404.4350
Direct: +1 (561) 990.3533
Email: lindsey.colyer@sriplaw.com
[www.SRipLaw.com](www.SRipLaw.com)



Your Passion, Our Protection
United States - Colombia