## DECLARATION OF ADRIAN FROMETA SUBERO

I, Adrian Frometa Subero, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. My name is Adrian Frometa Subero. I am over the age of 18 and fully competent to declare as to the maters stated herein.

2. I have personal knowledge of the matters and facts contained herein.

3. Over the last few months I have never been served and have never evaded service of process in this case.

4. My license plate does not spell the word BILLO, that is my wife's car.

5. I am a professional boat captain and am often at sea and may not have been in my home when efforts at service were allegedly made.

6. Neither my wife nor my 9 year old daughter are aware of any efforts to obtain service.

7. I have learned that the Plaintiffs move this court for alternative service on the state of Florida alleging that I was evading service.  This allegation was false.

8. Plaintiffs allegedly served the state of Florida on November 4, 2025, but provide no email or mail notice of same.

9. I was sent no notice of any sort by email or federal express at that time and I was unaware of such service.

10. I saw that emails were sent on December 2, 2025, to the following emails which are not active: contacto@billoscaracasboys.com and adrianfrometa@billos.net.  I did not receive or see these emails.

11. On December 4, 2025, I received a package with the service documents and promptly acted to retain counsel.

12. I did not knowingly ignore service and fully intend to defend against this action.

13. I am not a child or direct heir of the Billo referred to in the Amended complaint.

14. I am not aware that Billo or his heirs had any rights in the United States at the time of his death or at any time thereafter.

15. I have not violated Plaintiff's rights in the United States.

## VERIFICATION

Pursuant to 28 U.S.C. §1746, and the laws of the United States of America, I declare under penalty of perjury that the foregoing is true and correct.

Date: December 5, 2025

_____
Adrian Frometa Sobero