UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:25-cv-22324-WPD

HARVEY JAMES GOMEZ FROMETA, an individual; FREDDY AMADO GOMEZ FROMETA, an individual; BELKIS PIERINA GOMEZ FROMETA, an individual; PIERINA ZULETA FROMETA, an individual; CAROLINA ZULETA FROMETA, an individual; LUIS ALEJANDRO ZULETA FROMETA, an individual; DINORAH MERCEDES FROMETA SENIOR, an individual; HAYDEE FROMETA BELLO, an individual; LUIS VICENTE FROMETA BELLO, an individual; LUIS MANUEL FROMETA PAREJA, an individual; BARBARA REGINA FROMETA GRILLO a.k.a. BARBARA REGINA FROMETA DE SIGISMONDI, an individual; TRINA MARGARITA FROMETA GRILLO, an individual; JOSE ANTONIO FROMETA GRILLO, an individual; ILEANA ALEJANDRINA FROMETA GRILLO, an individual; MAGDALENA FROMETA GRILLO, an individual,

    Plaintiffs,

v.

ADRIAN FROMETA SUBERO, an individual; BILLO'S CARACAS BOYS LLC, a Florida limited liability company; TELMO PEREZ QUIROZ, an individual,

    Defendants.

_____/

**ORDER REGARDING ADRIAN FROMETA SUBERO'S MOTION TO DISMISS AND TO ACCEPT SAME AS TIMELY FILED**

THIS CAUSE came before this Court on Defendant, Adrian Frometa Subero's ("Subero") Motion to Dismiss and to Accept Same as Timely Filed ("Motion"), and the Court having considered the Motion, and being otherwise fully advised in the premises, it is hereby,

**ORDERED AND ADJUDGED** as follows:

1. Subero's Motion to Accept as Timely filed is GRANTED;

2. Subero is deemed to have joined in the pending motion to dismiss; and

3. No further briefing will be required regarding the motion due to this change.

**DONE AND ORDERED** in Chambers at Miami, Florida on this __ day of December 2025.

_____
HONORABLE WILLIAM P. DIMITROULEAS
United States District Judge

cc. All counsel of record via CM/ECF