UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:25-cv-22324-WPD

HARVEY JAMES GOMEZ FROMETA, an individual; FREDDY AMADO GOMEZ FROMETA, an individual; BELKIS PIERINA GOMEZ FROMETA, an individual; PIERINA ZULETA FROMETA, an individual; CAROLINA ZULETA FROMETA, an individual; LUIS ALEJANDRO ZULETA FROMETA, an individual; DINORAH MERCEDES FROMETA SENIOR, an individual; HAYDEE FROMETA BELLO, an individual; LUIS VICENTE FROMETA BELLO, an individual; LUIS MANUEL FROMETA PAREJA, an individual; BARBARA REGINA FROMETA GRILLO a.k.a. BARBARA REGINA FROMETA DE SIGISMONDI, an individual; TRINA MARGARITA FROMETA GRILLO, an individual; JOSE ANTONIO FROMETA GRILLO, an individual; ILEANA ALEJANDRINA FROMETA GRILLO, an individual; MAGDALENA FROMETA GRILLO, an individual,

    Plaintiffs,

v.

ADRIAN FROMETA SUBERO, an individual; BILLO'S CARACAS BOYS LLC, a Florida limited liability company; TELMO PEREZ QUIROZ, an individual,

    Defendants.
_____/

## ORDER REGARDING ADRIAN FROMETA SUBERO'S MOTION TO DISMISS AND TO ACCEPT SAME AS TIMELY FILED

THIS CAUSE came before this Court on Defendant, Adrian Frometa Subero's ("Subero") Motion to Dismiss and to Accept Same as Timely Filed (the "Motion"), filed December 5, 2025.

[DE 48]. The Court has carefully considered the Motion and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Subero's Motion to Accept as Timely Filed [DE 48] is **GRANTED**;

2. Subero is deemed to have joined in the pending Motion to Dismiss [DE 26].

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida on this 8th day of December 2025.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:

Counsel of record